JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST SERENA,<br><br>          Petitioner,<br><br>    v.<br><br>E. RICOLCOL,<br><br>          Respondent. | Case No. 5:24-cv-01179-WDK (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Granting Respondent's Unopposed Motion to Dismiss Petition, **IT IS ADJUDGED** that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: January 16, 2025

_____
WILLIAM D. KELLER
United States District Judge